```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY P. PAGLIACCETTI,        :    CIVIL ACTION
                                :    NO. 11-6381
        Petitioner,             :
                                :
    v.                          :
                                :
SUPERINTENDENT JOHN             :
KERESTES, et al.,               :
                                :
                                :
        Respondents.            :
```

**O R D E R**

**AND NOW**, this **10th** day of **June, 2013,** for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

(1) The Report and Recommendation (ECF No. 19) is **APPROVED** and **ADOPTED**;

(2) Petitioner's Objections to the Report and Recommendation (ECF Nos. 20, 21) are **OVERRULED**;

(3) The Application for a Writ of Habeas Corpus (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**;

(4) A certificate of appealability shall not issue; and

(5) The Clerk shall mark this case **CLOSED**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,     J.**